JOHN BRAGONJE (SBN 9519)
Email: John.Bragonje@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113
Tel: 702.949.8200
Fax: 702.949.8398

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AQUATECH CORPORATION, d/b/a UNITED AQUA GROUP, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OKLAHOMA POOL SERVICES LLC D/B/A OKLAHOMA POOL AND PATIO, an Oklahoma limited liability company; KEN LEWIS, and individual; and DENISE LEWIS, an individual,<br><br>Defendants. | Civil Case No. 2:25-cv-0288-JAD-BNW<br><br>**Order Granting Motion to Stay due to Bankruptcy**<br><br>ECF Nos. 21, 23 |

PLEASE TAKE NOTICE that all Defendants in this case have filed for bankruptcy as follows:

1. On October 31, 2025, Defendant Oklahoma Pool Services, LLC D/B/A Oklahoma Pool and Patio ("OPS") filed a Voluntary Petition for Bankruptcy under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Oklahoma, Case No. 25-13431; and

2. On October 31, 2025, Defendants Ken Lewis and Denise Lewis ("Lewises") jointly filed a Voluntary Petition for Bankruptcy under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Oklahoma, Case No. 25-13432.

4927-5871-0910.1

Pursuant to 11 U.S.C. § 362, the Defendants' filings of their voluntary petitions create an automatic stay of this proceeding as to all Defendants.

Plaintiff will advise this Court once the Defendants have received their discharge or of any other disposition of these bankruptcies.

DATED December 2, 2025

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ John E. Bragonje*
JOHN E. BRAGONJE (SBN 9519)
e-mail: John.Bragonje@wbd-us.com
8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV  89113
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Plaintiff*

## STAY ORDER

Because the bankruptcy filings by all defendants have triggered the automatic stay under 11 USC 362, IT IS ORDERED that the request for stay **[ECF No. 23] is GRANTED**, and **THIS CASE IS STAYED** FOR ALL PURPOSES.  The pending motion for default judgment **[ECF No. 21] is DENIED** without prejudice to its refiling in the event that the stay is ultimately lifted. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 4, 2025

2

4927-5871-0910, v. 1